UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY MURPHY, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:12-1919 |
| v. | : | (MANNION, D.J.)<br>(CARLSON, M.J.) |
| UNITED STATES OF AMERICA, | : | |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Carlson, **(Doc. No. 27)**, is **ADOPTED**;

**(2)** the defendant's motion to dismiss, **(Doc. No. 15)**, is **GRANTED**; and

**(3)** the plaintiff's complaint, **(Doc. No. 1)**, is **DISMISSED WITHOUT PREJUDICE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 26, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2012 MEMORANDA\12-1919-01-ORDER.wpd